# APPENDIX

Page[s]:

1. Complaint          1-15

2. Exhibit: "A" picture of Washington College of Law

3. Exhibit "A-1" plaintiff's using the researcher site of WCL

4. Exhibit "B" plaintiff's first visit with Kaufman.

5. Exhibit "B-1" Federal Question.

6. Exhibit "C" plaintiff's electronic message to Dr. Pike.

7. Exhibit "C-1" plaintiff's electronic message to Ms. Phater.

8. Exhibit "D" plaintiff's letter to Senator John Warner.

9. Exhibit "D-1" Senator John Warner's response to plaintiff inquiry.

10. Exhibit "E" Metropolitan Police Department

11. Exhibit "F" Knowledge for all.

12. Exhibit "F-1" American Weekly

13. Exhibit: "F-2" Justice Scalia and Breyer at WCL.

14. Exhibit: "G" Brian

15. Exhibit "G-1" pornography

16. Exhibit "G-2" pornography

17. Exhibit "G-3" pornography

<u>Notice</u>: The material for the exhibits herein produced are only for clarification of events and actions by the defendants to this honorable court in reference this complaint.

Prepared by the plaintiff, Lenir Richardson, on April 19, 2005.



FILED

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1093



Plaintiff's Exhibit: " A-1"

**Plaintiff's Exhibit "B"**

## SELECTED WASHINGTON AREA LIBRARIES
## OPEN TO WCL STUDENTS
Aug 2004

Ask any WCL reference librarian regarding more complete lists of Washington area libraries and special admission arrangements on your behalf.

### LAW SCHOOL LIBRARIES

- *Catholic University Law Library*, 3600 John McCormack Road, NE; 202-319-5156; Brookland Metro (Red). http://law.cua.edu/library/

- *George Mason University Law Library*, 3301 North Fairfax Drive, Arlington, VA; 703-993-8120; Virginia Square Metro (Orange). http://gmu.edu/depts/law/libtech/

- *Georgetown University Law Library*, 111 G Street, NW; 202-662-9160; Union Station or Judiciary Square Metro (Red). http://www.ll.georgetown.edu/

- *George Washington University Law Library*, 716 20th Street, NW; 202-994-6647 (reference); 202-994-6648 (circulation); Foggy Bottom Metro (Blue/Orange). WCL students MUST HAVE a letter of introduction to use the GW Law Library; Ask the WCL reference desk for assistance. http://www.law.gwu.edu/burns

- *Howard University Law Library*; 2929 Van Ness Street, NW; 202-806-8045; Van Ness/UDC Metro (Red). http://library.law.howard.edu/

- *University of District of Columbia Law School Library*, 4200 Connecticut Avenue, NW, Building 39, Level B; 202-274-7310; Van Ness/UDC Metro (Red). http://www.law.udc.edu/Library/index.html

### UNIVERSITY MAIN LIBRARIES

Your American University identification card allows you to borrow directly from a number of university main libraries (but not from law libraries). Through ALADIN, you may search the online union catalog that covers several area university libraries, including the *American University Bender Library*, *Catholic University of America*, *Gallaudet University*, *George Mason University*, *George Washington University*, *Georgetown University*, *Marymount University*, *University of the District of the Columbia*.

- *Catholic University Mullen Library*, 620 Michigan Avenue, NE; 202-319-5070; Brookland Metro (Red). http://libraries.cua.edu/welcome.html

- *George Mason University Fenwick Library*, 4400 University Drive, Fairfax, VA; 703-993-2250; Vienna Metro (Orange). http://library.gmu.edu/libinfo/fenwick.html

- *Georgetown University Lauinger Library*, 37th & O Streets, NW; 202-687-7452; Take G-2 bus from Dupont Circle Metro (Red). http://www.library.georgetown.edu/

- *George Washington University Gelman Library*, 2130 H Street, NW; 202-994-6558; Foggy Bottom Metro (Blue/Orange). http://www.gwu.edu/gelman/

- *Howard University Founders Library*; 500 Howard Place, NW; 202-807-7234; Shaw/Howard University Metro (Red). http://www.howard.edu/library/

### FEDERAL AGENCY LIBRARIES
Most federal agency libraries may be visited only by special arrangement. Ask a WCL reference librarian regarding the various libraries' collections and admission policies.

**FILED**

**JUN - 2 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1093

# PENDING LITIGATION    Plaintiff's Exhibit: "B-1

**Notice**

Please Take Notice the National Association for the Advancement of the Multijurisdictional Right to Counsel (NAAMRC), intends to file a federal lawsuit challenging what is wrong with this picture, and to attain judicial relief recalibrating the scales of justice consistent with the ABA Report *Client Needs in the 21st Century* and the Bill of Rights.

Please Also Take Notice the NAAMRC has great respect and, indeed love, for the federal courts and judges, whose "local" rules we intend to challenge. The American Bar Association Conference of Delegate in 1995 also passed a Resolution finding that local federal district court rules that discriminate against out-of-state attorneys were anti-competitive, unnecessarily drove up litigation costs, and discredited the integrity of the bar and bench. Justice in a democracy requires each part of the government that to perform its duty. We are the People, and as attorneys have a constitutional duty and role in our government, that it would be wrong to shirk. Truth is beautiful at all times and in all places.



## What's wrong with this picture?
Plenty! The federal scales of justice in some federal district courts have become rusted and out of balance.

**1. Bill of Rights Violation.** Our federal government has broken its promise made in the Bill of Rights to make no law that abridges the People's freedom to advocate, assemble, and petition the federal court for redress of their grievances. As stated by Justice Jackson, "The very purpose of a Bill of Rights was to withdraw certain subjects from the vicissitudes of political controversy, to place them beyond the reach of majorities and officials and to establish them as legal principles to be applied by the courts. One's right to life, liberty, and property, to free speech, a free press, freedom of worship and assembly, and other fundamental rights may not be submitted to vote; they depend on the outcome of no

elections. *Board of Education v. ____nette*, [flag salute case] 319 U.S 62, 538 (1943). "But freedom to differ is not limited to things that do not matter much. That would be a mere shadow of freedom. The test of its substance is the right to differ as to things that touch the heart of the existing order." *Ibid*. "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein." *Ibid*.

**2. Constitutional Preamble Violation.** The Preamble to our Constitution states its overall purpose to form a more perfect Union and to secure the blessings of liberty to ourselves and our posterity. Balkanized "local" attorney only admission rules systematically corrupt a perfect Union, and abort the blessings of liberty. If Thomas Jefferson and Alexander Hamilton are barred from the very Article III courts they fought for and created, as they would be if they were alive today, it is plain their Constitutional promises made in Philadelphia have been betrayed. The categorical exclusion by "local" rule for the opportunity for general admission of experienced non-forum state attorney, regardless of individual merit or qualifications, parallels the categorical exclusion of women from the Virginia Military Institute regardless of individual merit that was held unconstitutional. See *United States v. Virginia*, 518 U.S. 515 (1996). There is a deprivation of full citizenship stature and equal opportunity to participate in and contribute to society.

**3. Viewpoint Discrimination.** These challenged "local" attorney only admission rules are quintessential viewpoint discrimination. Only "local" attorneys are permitted to state their views or petition for redress of grievances. A regulation that denies one group of citizens the right to address a selected audience on controversial issues of public policy is plainly viewpoint discrimination. *Consolidated Edison Co. v. Public Serv. Comn'n*, 447 U.S. 530, 546. Viewpoint discrimination is a particularly egregious form of content discrimination. It is presumptively unconstitutional. Our government is prohibited from favoring one viewpoint over another. *See Rosenberger v. Rector And Visitors of Univ. of VA*, 515 U.S. 819 (1995)(Held although it may regulate the content of expression when it is the speaker or when it enlists private entities to convey its own message, the University may not discriminate based on the viewpoint of private persons whose speech it subsidizes even when the subject is religion). "To permit one side of a debatable public question to have a monopoly in expressing its views . . . is the antithesis of constitutional guarantees." *Madison Joint School Dist. No. 8 v. Wisconsin Employment Relations Comm'n*, 429 U.S. 167, 175-176 (1976).

**4. Equal Rights Violation.** An essential purpose of our Constitution is to provide equal privileges and immunities, and uniform constitutional rights throughout our Union via the Article III courts. This goal has been subverted and turned upside down. To state the facts is to show the equal protection violation. Congress has declared that all American attorneys in good standing are permitted to practice before federal administrative agencies. See 5 U.S.C. § 500. The same holds true for the United States Courts of Appeals and the Supreme Court. See FRAP 46, Supreme Court Rule 5. About 1/3 of the federal district courts authorize general bar admission to all American attorneys in good standing. It is only some federal district courts that deny general admission to all American attorneys, and that is by "local" rule. Local rules that favor local interests in the exercise of Constitutional rights are antithetical to our Constitution. This "local" only policy, further flies in the face of the ABA MJP Report *Client Representation in the 21st Century*, and it contradicts the approximately 40 states that now grant general admission on motion to experienced attorneys.

**5. No Taxation Without Representation Violation.** Our government was founded on the "fighting faith" of "no taxation without representation." Every day of the week some United States District Court's by "local"(sic) rules are denying American citizens their liberty to be represented by their counsel of choice in the federal courthouses that they pay for with their federal tax dollars by compelling them to retain local counsel to exercise their constitutional rights. Additionally, a statute is presumptively inconsistent with the First Amendment if it imposes a financial burden on speakers because of the content of their speech. *Simon & Schuster v. Crime Victims Bd.*, 502 U.S. 105, (1991). Stated differently, the First Amendment freedoms are designed to be free.

**6. Primogeniture Violation.** Primogeniture, the theory that the first born should be given the entire legacy, was a theory and concept our Founding Fathers disavowed. The primogeniture here is forum state only attorneys can qualify for general admission. Forum State attorneys are treated as the prodigal son and non-forum State attorneys are classified as ineligible beneficiaries. The effects of this

policy are irrational. The Constitution, the United States Code, Supreme Court decisions, and the federal rules of practice and procedure are uniform. Stated differently, federal law is national in scope. However, a forum state attorney on his first day of practice is categorically qualified for general admission, and an experienced out-of-state attorney is categorically disqualified. This is like permitting someone with a license to fly a piper club permission to speak preference over a decorated combat aviator in an open designated public forum. These "local" rules have nothing to do with merit or experience. Additionally, this policy inverts the natural order of nature. We do not prefer the acorn over the oak tree. Lawyers are not like swimmers who reach their peak as teenagers. Lawyers, like their colleagues on the bench, become better at their craft by practice and experience.

**7. Due Process Violation.** As mentioned in the Federalist Papers "no man can be a judge in his own case." The Due Process Clause compels federal district judges to remain neutral and to even avoid the appearance of impropriety or favoritism. Here, federal district judges who adopt forum State only "local" attorney admission rules and do not give full faith and credit to another State's attorney admission rules are either not neutral or they appear to be not neutral by doling out unequal privileges and liberties. Additionally, these "local" rules are a prior restraint or injunction that suppresses First Amendment rights. When a court decides to impose a speech-restrictive injunction, the conclusions it reaches must be "supported by findings that adequately disclose the[ir] evidentiary basis . . ., that carefully identify the impact of [the defendants'] unlawful conduct, and that recognize the importance of avoiding the imposition of punishment for constitutionally protected activity." *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 933-34 (1982). There is neither an evidentiary basis nor a judicial finding of unlawful conduct against non-forum state attorneys that would serve to justify the suppression of their First Amendment liberties via a prior restraint.

**8. Delegation of Federal Subject Matter and Jurisdiction Running Riot.** Federal and State subject matter and jurisdiction are often diametrically opposed. States freely acknowledge they have no right to prescribe the qualifications or determine who the federal court admits to its bar. These "local" rules do not delegate any standard. A federal court that delegates its federal authority to a State without express standards implementing that delegation is delegation running riot. Last term, the United States Supreme in <u>Nguyen v. United States</u> 01-10873 (2003) reversed the Ninth Circuit merely for having an Article IV judge sitting on a panel. The High Court concluded that only Article III judges were authorized to decide the case.

**9. Violation of Rule-Making Authority.** Congress has by statute 28 U.S.C. §§ 2071-72 expressly prescribed that "local" district court rules shall not abridge, modify, or enlarge any substantive rights. Additionally, Congress in 1988, in view of the historical balkanization of "local" federal district court rules, and the express finding that there is really no meaningful opportunity for judicial review or due process, because the judges who make the rules decide whether the "local" rules are unlawful, has by statute expressly delegated to the Judicial Councils of the Courts of Appeal an ongoing supervisory responsibility to review and to make certain that "local" rules shall not abridge, modify, or enlarge and any substantive rights. 28 U.S.C. §§ 331-32. The challenged "local" federal district court admission rules clearly modify, abridge and enlarge the First Amendment freedoms to speech, association, and petition for redress of grievances. These exclusionary "local' rules also clearly abridge, modify, and enlarge the federal statutory right to counsel 28 U.S.C § 1651 because this federal discrimination occurs only in some federal district courts.

**10. We have a constitutional duty to protect our own freedoms so that we can serve our clients as well as the interests of justice.** We have failed to maintain vigilance, and protect our rights. The federal judiciary which has a constitutional duty to provide a bulwark for the People against the loss of their freedoms is not and has not performed its responsibility. The fault lies not with our government, but with our-selves for falling asleep and failing to demand the enforcement of our freedoms. If the federal government does not live up to its responsibility, the consequence is many states will not either, and the People lose respect for their government as well as the world we live in.

Copyright © 2004 National Association for the Advancement of the Multijurisdictional Right to Counsel. All Rights Reserved.
First Amendment Rights, Constitutional Freedom, Federal Court, Supreme Court, Petition, Petition for Regress of Grievances, Free Press Clause, Free Petition Clause, Government, Bill of Rights Violations, Constitutional Preamble Violation; Viewpoint Discrimination, Equal Rights Violation, No Taxation without Representation

Yahoo! Mail - lenirrichardson2002@yahoo.com

**Plaintiff's Exhibit: "C**

**YAHOO!** MAIL

Print - Close Window

| | |
|---|---|
| **Date:** | Fri, 10 Dec 2004 08:38:19 -0800 (PST) |
| **From:** | "Lenir Richardson" <lenirrichardson2002@yahoo.com> |
| **Subject:** | Our meeting on 12/9/04 |
| **To:** | pike@wcl.american.edu |

Dear Mr. Pike:

Thank for meeting with me on December 9, 2004, without a formal notice. I appreciate your time, and will produce a memorandum about the incident[s], as soon as possible, under my limited resources.


Lenir Maria Willemann Richardson

_____

Do you Yahoo!?
Yahoo! Mail - Helps protect you from nasty viruses.

**FILED**

JUN − 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


05 1093

**Plaintiff's Exhibit: C-1"**

 **MAIL**

Print - Close Window

**Date:**      Fri, 10 Dec 2004 08:41:29 -0800 (PST)

**From:**     "Lenir Richardson" <lenirrichardson2002@yahoo.com>

**Subject:**  Our meeting on 12/09/04

**To:**         cprather@wcl.american.edu

Dear Mrs. Phrather:

Thank for meeting with me wihout a formal notice. I appreciate your time to listen to issues addressed during our meeting. I will produce a memorandum about the incident[s] as soon as possible, under my limited resources.

Lenir Maria Willemann Richardson

_____

Do you Yahoo!?
Read only the mail you want - Yahoo! Mail SpamGuard.

# Plaintiff'sExhibit: "D"

Lenir M. W. Richardson
P.O. Box # 2632
Merrifield, Viriginia 22116
Phone: 703-548-0297
E-mail: lenirrichardson2002@yahoo.com

December 15, 2004

**_VIA FACSIMILE: 804-739-3470_**

Dear Senator John Warner:

I am contacting your office for help with for the following information:

I need to know, what are the, Federal Rules and Regulations [if any applicable] for the
Washington College of Law, on 4801 Massachusetts Avenue, Washington, D.C. 20016.
Meaning, what are the Federal Rule and Regulation for the Law Library and the School
for public access, for that location. What are the resources the School and the Law
Library by Federal Regulations need to accommodate for the public in need of
assistance?

Would someone in your office be kind to assist me with this information and let me know
how I can access the information, if under the Bylaws or under what resources I can find
the information I am looking for??

I can be contacted by telephone at: 703-548-0297 or by E-mail is the best way to find me,
at: lenirrichardson2002@yahoo.com. Thank you for your time and assistance.

Sincerely,

Lenir M. W. Richardson

P.O.Box # 2632
Merrifield, Virginia 22116
Phone: 703-548-0297
E-mail: lenirrichardson2002@yahoo.com

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

P.S.: I spoke with your assistant in Washington. Please I need this information as soon as possible.

05 1093

JOHN WARNER
VIRGINIA

COMMITTEES:
ARMED SERVICES, CHAIRMAN
ENVIRONMENT AND PUBLIC WORKS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SELECT COMMITTEE ON INTELLIGENCE

**United States Senate**

225 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-4601
(202) 224-2023
http://warner.senate.gov

CONSTITUENT SERVICE OFFICES:

4900 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510-1690
(757) 441-3079

235 FEDERAL BUILDING
P.O. BOX 887
ABINGDON, VA 24212-0887
(276) 628-8158

5309 COMMONWEALTH CENTRE
PARKWAY
MIDLOTHIAN, VA 23112
(804) 739-0247

1003 FIRST UNION BANK BUILDING
213 SOUTH JEFFERSON STREET
ROANOKE, VA 24011-1714
(540) 857-2676

December 22, 2004

Ms. Lenir Richardson
PO Box 2632
Merrifield, Virginia 22116-2632

Dear Ms. Richardson:

Thank you for your letter concerning your questions for the Washington College of Law.

In an effort to be of assistance, I have contacted the Congressional Research Service on your behalf regarding this matter. As soon as a reply is received, I will share it with you.

With kind regards, I am

Sincerely,

John Warner

John Warner

JW/bde

Plaintiff's Exhibit: "D-1"



**Exhibit: "E"**

# METROPOLITAN POLICE DEPARTMENT
## BARRING NOTICE

TIME: 6:34 ~~a.m.~~ (p.m.)          DATE: 02/04/05

Pursuant to section 22-3102 of the District of Columbia code, you are hereby notified that you are not permitted on the grounds listed below.

LOCATION: 4801 Mass. Ave. NW Wash DC
(American University Washington College of Law)

If you return to this location, you may be subject to criminal prosecution for unlawful entry.

NAME: Richardson     Lenae
   (last)          (first)      (middle)

RACE: W   SEX: F   DATE OF BIRTH: 07/14/87   PHONE# 7/200-1841

ADDRESS: 25 West Glebe Rd. Alex, VA. Apt 14c.

POSITION: _____   SOCIAL SECURITY NO.: 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

### DESCRIPTION

HEIGHT: 5'9   WEIGHT: 175   HAIR: DBrN

COMLEXION: Light   I.D. MARKS: Indentation of surgery on Neck

The above-mentioned "BARRING NOTICE" has been read and explained to me by:

NAME: Davis     Shannon     Badge 4015
    (last)         (first)

TITLE: Officer (MPD)

After reading this "BARRING NOTICE" for myself, I fully understand its meaning. I do hereby voluntarily, without duress, threats, or force, sign this statement.

**FILED**

_Lenae Richardson_          DATE: 2/4/05          JUN - 2 2005
_____          DATE: _____
_____          DATE: _____          NANCY MAYER WHITTINGTON, CLERK
     (ISSUING AGENT)                              U.S. DISTRICT COURT



☒ = Continuing Legal Education Credits Available

## BUSINESS AND THE LAW

**FEBRUARY 3**
LLM Specialization in NAFTA, Free Trade Agreements and Regional Integration ☒

**FEBRUARY 24 - 25**
Trade as the Guarantor of Peace, Liberty and Security? ☒

**APRIL 19**
Ethics and Corporate Compliance Programs: What Are They and Who Is Responsible? ☒

## U.S. CONSTITUTIONAL LAW AND POLITICS

**JANUARY 13**
A Conversation on the Relevance of Foreign Law for American Constitutional Adjudication with Hon. Antonin Scalia and Hon. Stephen Breyer, Justices, U.S. Supreme Court

**FEBRUARY 6**
The Twelfth Annual Burton D. Wechsler First Amendment Moot Court Competition

**MARCH 3**
2000 v. 2004: A Comparative Look at the 2000 And 2004 Election Cycles ☒

**MARCH 17**
The Erosion of Constitutional Understanding: How Should America's Law Schools and Lawyers Respond? ☒

**MARCH 19 - 20**
The Sixth Annual William H. Karchmer Moot Court Competition

**MARCH 22**
Judicial Clerkship Panel Discussion

**MARCH 31**
Election Protection and Democracy Expansion: A Constitutional Reform Agenda for the New Century ☒

**APRIL 7**
Has Congress Been Cut Out of Foreign Policy and Current Affairs? ☒

**APRIL 8 - 10**
The Fifth Annual National High School Moot Court Competition

**MAY 19**
The Sixth Annual William H. Karchmer Awards Ceremony & Celebration

## CRIMINAL LAW

**MARCH 17**
To Win the War on Terrorism: Methods and Costs ☒

**APRIL 7**
Crimes and Punishments: The Quest for Just and Effective Sentencing ☒

## DISPUTE RESOLUTION

**FEBRUARY 10**
Evolving International Standards Pertaining to the Resolution of Election Disputes ☒

## DIVERSITY

**MARCH 1**
Eighth Annual Hispanic Law Conference - The Importance of Doing Business in the Americas: A Legal Perspective on Economic, Political and Social Issues ☒

**MARCH 16**
Indian Law Luncheon

**MARCH 23**
Cultural Resistance to Oppression

**APRIL 2**
The Ninth Annual Sylvania Woods Conference on African-Americans and the Law ☒

**APRIL 21**
The Sixth Annual Peter M. Cicchino Awards

FILED
JUN – 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1093

American University's Newspaper

# American WEEKLY

JANUARY 2005

www.american.edu/weekly

F-1

Plaintiff's Exhibit: "F-1"

## Legal world looks to AU as Justices Scalia, Breyer discuss judicial philosophy

BY MIKE UNGER

The spectacle Thursday inside a sixth-story classroom at the Washington College of Law was as extraordinary as it was entertaining. Supreme Court Justices Antonin Scalia, left, and Stephen Breyer, right, nearly a quarter of the United States' most powerful judicial body, indulged in an engaging and enlightening conversation on the impact foreign legal decisions should have on U.S. constitutional law.

With scores watching in person, hundreds of others viewing via remote feed in adjoining classrooms, and thousands more across the country tuning in to watch live on C-SPAN, American University became for 90 minutes the epicenter of the legal universe.

The justices don't often venture away from the court for public discussions of legal theory, thus Thursday's lively give and take drew intense attention from the national press. Adding to the intrigue was the fact that Scalia generally shies away from the media spotlight, and that his name has surfaced as a possible replacement for Chief Justice William Rehnquist.

From the outset, moderator Norman Dorsen, a New York University law professor who is friendly with both Scalia and Breyer, proposed questions that prompted radically different responses from the men. The legal icons, perched at opposite sides of the ideological spectrum, frequently

See Justices, p. 6

# Justices Scalia, Breyer visit AU

**Plaintiff's Exhibit: "F-2"**



Jeff Watts

Supreme Court justices Antonin Scalia, left, and Stephen Breyer, right, responded to questions posed by moderator, Norman Dorsen, center.

Continued from p. 14

clashed and occasionally agreed during the amicable dialogue which they both appeared to enjoy immensely.

Scalia, known as one of the court's most conservative members, left little doubt in his opening remarks as to his general position on the issue.

"I do not use foreign law in interpretation of the U.S. Constitution," he said. "You have to ask yourself why is it foreign law would be relevant? If you told the framers of the Constitution that we want to do something that would be just like Europe, they would have been appalled."

Before addressing Scalia's philosophical point, Breyer countered with a self-deprecating line that elicited laughter from the transfixed audience.

"Out of the 10 times people ask me, 'Are you on the Supreme Court?' nine of them thought I was Justice [David] Souter," Breyer said. "There are many ways in which foreign law influences U.S. law. Foreign law doesn't bind us, of course. What's the harm or risk about considering foreign sources? Why shouldn't the U.S. consider decisions that take into account shifting world standards? Are we that far from the rest of the world in the way life is lived?"

Breyer maintained that the controversy surrounding the topic is magnified because of the nature of the cases in which foreign law has played a role. In 1999 he cited a Zimbabwean judge in a death penalty decision.

"Is it cruel and unusual punishment to hold a person on death row for more than 20 years before executing them?" Breyer said, recalling the case. "Where do I look? Your own moral views are not the answer, [so] you look to other places. I found opinions in England, Canada. I cited things both ways. I don't think that's controlling. On this kind of an issue you really have a human question. The Americans are humans and so is everyone else."

Scalia was incensed.

"What does the opinion of a Zimbabwean judge have to do with what Americans believe?" he said. "Unless you believe it's been given to you to make a moral judgment, I don't see how it's relevant at all."

Breyer held that he would rather have the option of examining foreign decisions—on both sides of issues—than adhere to a blanket rule barring the practice.

"My job each day is [to] read and write," he said. "What am I reading? I am reading briefs. Briefs, all the time, explain laws to me that I don't know. You never know where you're going to get your information from. What is at issue is the extent to what you might learn from other places, facts that would help you apply the Constitution of the United States. What I see in doing this is what I'd call opening your eyes to things that are going on elsewhere."

Scalia views his role on the nation's highest court in an entirely different light.

"My theory of interpreting the U.S. Constitution is I try to understand what it meant when it was adopted," Scalia said. "If you have that approach then obviously foreign law is irrelevant with one exception: Old English law. So the reality is I use foreign law more than anyone on the court."



Plaintiff's Exhibit "G"

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1093



Plaintiff's Exhibit "G-1"



Plaintiff's Exhibit "G-2"



Plaintiff's Exhibit "G-3"