IN THE
UNITED STATES DISTRICT FOR THE DISCTRICT OF COLUMBIA

CIVIL DIVISION

FILED
JUN - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Lenir Richardson, Plaintiff ) | Civil Action Number:_____ | |
| P.O.Box # 2632 ) | | |
| Merrifield, VA 22116 ) | | |
| Phone: 703-200-1841 ) | DISABILITY ACT | |
| ) | | |
| _____ ) | | |
| _____ ) | Civil Rights U.S. Const. I and XIV Amend. | |
| ) | | |
| Versus ) | Deprivation of rights Title 42,U.S.C. 1983 | |
| ) | Interfere in civil rights Title 42 U.S.C. 1985 | |
| Washington College of Law ) | Conspiracy Title 18 U.S.C. 241 | |
| 4801 Massachusetts Ave, N.W. ) | Depravation of rights Title 18 U.S.C. 242 | |
| Washington, D.C. 20016 ) | Equal Rights Title 42 Sections 1981 | |
| ) | Negotiation for Equitable Allocation of | |
| American University) Oil Resources | | |
| 4400 Massachusetts Ave. N.W. ) | Discrimination based on nationality | |
| Washington, D.C. 10016-8001 ) | Unequal treatment | |
| ) | Sexual Assault | |
| ) | Const. I and XIV amendments. | |
| Noel Salina ) | | |
| 4801 Massachusetts Ave, N.W. ) | | |
| Washington, D.C. 20016 ) | | |
| ) | | |
| Supreme Court of the United States ) | | |
| Washington, D.C. 20543 ) | | |

MOTION FOR ADDRESS

COMES NOW, the plaintiff, Lenir Richardson, acting as pro-se litigant for this case, pursuant to

Federal Civil Procedure Code 5[1][e] to request this honorable court, the following:

RECEIVED
MAY 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3

1. Plaintiff, Lenir Richardson, wishes to use the P.O.Box # 2632, Merrifield, Virginia 22116, as her permanent address.

2. Plaintiff, Lenir Richardson, resides at: 25 W. Glebe Road, Alexandria, Virginia 22035, until June 19, 2005.

3. If this honorable court prefers plaintiff's residence address to be listed, then plaintiff will may have to change address after June 19, 2005.

WHEREFORE, plaintiff Lenir Richardson, requests this honorable court to grant this motion to keep P.O.Box # 2632, Merrifield, Virginia 22305, as the permanent address, and if this honorable court prefers to use plaintiff's residence address as listed herein, it will may need to be changed after June 19, 2005.

Respectfully submitted by the plaintiff:

*Lenir Richardson*

Lenir Richardson, pro-se

2

## CERTIFICATE OF SERVICE

I, Lenir Richardson, the plaintiff and pro-se litigant states that the a true and correct copy of this motion to keep P.O. Box address, will be mailed to the defendants after this honorable court grants this motion and sign an order. Mailed on __th of April 2005.

1. Washington College of Law, at 4801 Massachusetts Ave, Washington, D.C. 20016.

2. American University, at 4400 Massac huts Ave, N.W., Washington, D.C. 20016-8001

3. Supreme Court of the United States, Washington, D.C. 20543.

4. Noel Salina, 4801 Massachusetts Ave., N. W. Washington, D.C. 20016. C/o Reception/security desk of the Washington College of Law.

Respectfully submitted by the plaintiff:

*Lenir Richardson*

Lenir Richardson, pro-se
P.O.Box # 2632
Merrifield, Virginia 22116
Phone: 703-200-1841
E-mail: lenirrichardson2002@yahoo.com

LMWR/lmwr-BRUSA

3