**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUN - 2 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**05 1093**

)
LENIR RICHARDSON,                    )
)
         Plaintiff,                  )
)
    v.                               )   Civil Action No. ██████████
)
WASHINGTON COLLEGE OF LAW, *et al.*, )
)
         Defendants.                 )
)

## ORDER

It is hereby

ORDERED that plaintiff's "Motion for Address" is GRANTED.  Plaintiff may use

a post office box as her mailing address.

SO ORDERED.

_____
United States District Judge

DATE:   5/25/05