UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENIR RICHARDSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 05-1093 (JR)** |
| ) | |
| **WASHINGTON COLLEGE OF LAW,** ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is

**ORDERED** that the case is **DISMISSED without prejudice**.

_____
JAMES ROBERTSON
United States District Judge

DATE: September 29, 2005